# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED DECEMBER 18, 2019

## NO. 03-19-00472-CV

**Willie A. Trent, Appellant**

**v.**

**Alex Brown, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 1 OF BELL COUNTY**
**BEFORE JUSTICES GOODWIN, BAKER, AND KELLY**
**DISMISSED ON APPELLANT'S MOTION -- OPINION BY JUSTICE BAKER**

This is an appeal from the judgment signed by the trial court on June 17, 2019. Appellant has filed a motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Appellant shall pay all costs relating to this appeal, both in this Court and in the court below.